December 6, 2015

The Court of Criminal Appeals
ATTN:Office of the Clerk
P.O. Box 12308
Austin, Texas 78711-2308

RE:Perez v. State, PD-0728-15
               COA # 12-14-00116-CR
               Trial Court No. 18,373

Dear Clerk,
     I am writing to inquire into the Status of the above styled
and numbered cause on P.D.R. Please forward to me at the below
enlisted address the notification of status in my case.
Sincerely,


Jose Diaz Perez
TDCJ-ID # 01951217
Eastham Unit
2665 Prison Road # 1
Lovelady, Texas 75851

cc/ file

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 1 4 2015

Abel Acosta, Clerk